FILED

JUL 1 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. Dayana MORENO-Perez Claudia Denisse BRAVO-Serrano Defendant. | Magistrate Case No.: '08 MJ 8624 COMPLAINT FOR VIOLATION OF 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about July 9, 2008, within the Southern District of California, defendant Dayana MORENO-Perez and Claudia Denisse BRAVO-Serrano did knowingly and intentionally import approximately 37.98 kilograms (83.56 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 10TH, DAY OF JULY 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Dayana MORENO-Perez

Claudia Denisse BRAVO-Serrano

STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to US Immigration and Customs Enforcement Special Agent (SA) Behm.

On July 9, 2008 at approximately 1026 hours, Dayana MORENO-Perez and Claudia Denisse BRAVO-Serrano entered the United States at the Calexico, California, West Port of Entry. MORENO was the driver and BRAVO the passenger of a Chevrolet passenger car. The primary inspector, CBPO J. Carp, noticed that the pair's answers to his questions were rehearsed from the registration. The primary inspector referred the vehicle to the secondary lot for closer examination.

CBPO C. Randolph utilized his assigned canine and received an alert to the rear seat. CBPO Randolph in formed CBPO D. Torres of the alert.

CBPO Torres, searched the vehicle and discovered several packages in the dash board, rear seat, and doors. A package was probed by CBPO Torres and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The packages had a net weight of approximately 37.98 kilograms (83.56 pounds).

BRAVO was placed under arrest and advised of her Constitutional Rights, by SA Esparza, which she acknowledged and waived, agreeing to answer questions. MORENO admitted that she was bringing “Drugs” into the US and stated that she thought it was marijuana, methamphetamine, heroin or cocaine.

MORENO was placed under arrest and advised of her Constitutional Rights, by SA Esparza, which she acknowledged and waived, agreeing to answer questions. MORENO admitted knowledge of the marijuana.