**ANDREW LAH**
California State Bar No. 234580
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
andrew_lah@fd.org

Attorneys for Defendant Ms. Moreno-Perez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08mj8624-01 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| **DAYANA MORENO-PEREZ,** | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Andrew Lah, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: July 15, 2008

*s/ ANDREW LAH*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
andrew_lah@fd.org

**ANDREW LAH**
California State Bar No. 234580
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
andrew_lah@fd.org

Attorneys for Ms. Moreno-Perez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**DAYANA MORENO-PEREZ,**<br>Defendant. | Case No. 08mj8624-01<br><br>**PROOF OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**Assistant United States Attorney**
efile.dkt.gc1@usdoj.gov

Dated: July 15, 2008

*s/ ANDREW LAH*
**ANDREW LAH**
Federal Defenders of San Diego, Inc.,
andrew_lah@fd.org